1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10   ANTON ACEVEDO,                    )   CASE NO. SA CV 09-465-DOC (PJW)
                                       )
11                  Petitioner,        )   ORDER ACCEPTING REPORT AND
                                       )   RECOMMENDATION OF UNITED STATES
12           v.                        )   MAGISTRATE JUDGE AND GRANTING
                                       )   CERTIFICATE OF APPEALABILITY
13   JAMES A. YATES, WARDEN,           )
                                       )
14                  Respondent.        )
     _____)

15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

17   the records on file, and the Report and Recommendation of United

18   States Magistrate Judge.  No objections have been filed.  The Court

19   accepts the Magistrate Judge's Report and adopts it as its own

20   findings and conclusions.

21        Further, for the reasons stated in the Report and

22   Recommendation, the Court finds that Petitioner has established that

23   reasonable jurists could find that the district court's decision

24   regarding Petitioner's ineffective assistance of counsel claim is

25   debatable.  *See* 28 U.S.C. § 2253(c)(2); *Miller-El v. Cockrell*, 537

26

27

28

1    U.S. 322, 330 (2003).  For this reason, a certificate of appealability

2    as to this issue is GRANTED.

3    DATED:      July 28, 2016            .

4

5

6                              DAVID O. CARTER
                               UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   C:\Users\dgoltz\AppData\Local\Temp\notes6D5FA7\Order accep r&r on remand.wpd