JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTON ACEVEDO, | ) | CASE NO. SA CV 09-465-DOC (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| JAMES A. YATES, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   July 28, 2016   .

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Users\dgoltz\AppData\Local\Temp\notes6D5FA7\Judgment on remand.wpd