UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON ACEVEDO,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES A. YATES, WARDEN,<br><br>    Respondent. | CASE NO. SA CV 09-465-DOC (PJW)<br><br>JUDGMENT |

On January 11, 2019, the Ninth Circuit Court of Appeals issued its mandate, remanding the action to this court with instructions to grant a conditional writ of habeas corpus.

Consistent with that mandate, it is hereby adjudged and decreed that the Petition is granted. Respondent is ordered to discharge Petitioner from all adverse consequences of his

convictions in Orange County Superior Court Case No. 02CF2503, unless Petitioner is permitted to appeal his sentence in state court.

DATED: January 23, 2019.

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Presented by:

*Patrick J. Walsh*
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\deborahgoltz\AppData\Local\Temp\notes95E17C\Remand Judgment.wpd